UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAHAUA JOSEPH,**

   Plaintiff,

v.                                                                  No. 4:25-cv-00668-P

**TREY WOOD, IN HIS OFFICIAL CAPACITY AS CHIEF FINANCIAL OFFICER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 9, 2025, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 23. The FCR recommended the Court *sua sponte* dismiss this case with prejudice for being frivolous as well as for failing to state a claim on which relief can be granted. *Id.* at 4. Plaintiff filed an Objection to the FCR on October 23, 2025. ECF No. 24. The Court accordingly conducted a *de novo* review of the FCR. As detailed below, the Court will **ACCEPT** and **ADOPT** the reasoning in the Magistrate Judge's FCR and **OVERRULE** Plaintiff's Objections.

Plaintiff raises the following objections to the Magistrate Judge's FCR:

- Mischaracterization of Factual Allegations as "Fanciful."
- Failure to Recognize Federal Question Jurisdiction.
- Improper Dismissal With Prejudice.
- Erroneous Application of IFP Screening Standards.

The Court **OVERRULES** these objections because, just as the Magistrate Judge recognized regarding Plaintiff's Original, First, and Second Amended Complaints, all of Plaintiff's objections are frivolous and "clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (internal quotation marks and citations omitted).

Because Plaintiff appears pro se, his pleadings are entitled to a more liberal construction than those prepared by attorneys. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). Here, however, Plaintiff has already had the opportunity to file three separate complaints and no amount of liberal construction can create a viable legal claim.

Thus, having conducted a *de novo* review of the Magistrate Judge's FCR, and Plaintiff's Objection, the Court **ACCEPTS** and **ADOPTS** the reasoning in the Magistrate Judge's FCR, and **OVERRULES** Plaintiff's Objections.

Accordingly, it is **ORDERED** that this case be **DISMISSED WITH PREJUDICE** for being frivolous and for failure to state a claim upon which relief can be granted.

**SO ORDERED** on this **24th day of October 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2